UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOLEY JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>        Defendants. | Case No. 20-cv-01799-SI<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO SEPTEMBER 11, 2020; EXTENDING DEADLINE FOR SERVICE OF COMPLAINT ON DEFENDANTS; REFERRAL TO PRO SE HELP DESK** |

      Plaintiff, who is representing himself, filed this lawsuit against numerous defendants on March 13, 2020. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the summons and complaint on a defendant within 90 days of the filing of the complaint. Here, the deadline for service was on May 12, 2020. The docket in this case reflects that as of June 15, 2020, plaintiff has not yet served any defendants with the summons and complaint.

      The initial case management conference in this case is scheduled for June 19, 2020 at 2:30 p.m. Plaintiff has contacted the court to request a continuance of this conference in order to allow him time to find a lawyer to represent him.

      The Court finds that a 90 day continuance of the initial case management conference is appropriate to allow plaintiff additional time to serve each of the defendants and to seek legal representation. Accordingly, the June 19 case management conference is CONTINUED to **September 11, 2020 at 2:30 p.m.** The Court GRANTS plaintiff an extension of time until **July 31, 2020** to serve the complaint and summons on all defendants.

      The Court also recommends that plaintiff contact the Pro Se Help Desk to schedule a phone appointment. Plaintiff may reach the Help Desk at (415) 782-8982 or FedPro@sfbar.org.

      **IT IS SO ORDERED**.

Dated: June 16, 2020

                                                                  SUSAN ILLSTON
                                                                  United States District Judge